# United States Bankruptcy Court

NORTHERN _____ **District of** ILLINOIS _____

In re: Bryant, Marcus _____          Case No. 09-197 ___
        Debtor(s)

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders
that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the
bankruptcy case demonstrate that the waiver was unwarranted.

[ X ] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 75.00 on or before 2/6/09
$ 75.00 on or before 3/6/09
$ 75.00 on or before 4/6/09
$ 74.00 on or before 5/6/09

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any
additional property to an attorney or any other person for services in connection with this case.

**IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE
INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.**

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held
on _____ at _____ am/pm at _____.
                                              (address of courthouse)

**IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY
DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER
DENYING THE FEE WAIVER APPLICATION BY DEFAULT.**

DATE: 1-7-09

BY THE COURT:

_Jacqueline P. Cox_
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

**FILED**

**JAN - 7 2009**

Judge Jacqueline P. Cox
United States Bankruptcy Court

Case Number :    09 B 00197

Case Name : Marcus Bryant

I, Anthony Watson, Courtroom Deputy to the Honorable Judge Jacqueline P. Cox, certify that on January 7, 2009 I caused copies of the attached **Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee** dated , January 7, 2009 to be served to the parties listed below via First Class Mail (**) or electronically via the Court's electronic notification system to:

Marcus Bryant(**)
9400 S. Normal
Chicago, IL 60620

William T. Neary
Office of the U. S. Trustee, Region 11
219 South Dearborn, Rm 873
Chicago, IL 60604

-------------------------------------------
Anthony Watson
Courtroom Deputy